468 A.2d 849

Commonwealth v. Gunderman, Jr., Appellant.

Submitted October 3, 1983. Jack A. Panella, for appellant; Nicholas E. Englesson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.